UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS R. MEDEIROS,
    Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC. OF
VAN NUYS, CALIFORNIA, DIVISION OF
BANK OF AMERICA, N.A.; MTGLQ
INVESTORS, L.P. C/O RUSHMORE LOAN
MANAGEMENT SERVICES, LLC; and NATIONSTAR
MORTGAGE, LLC,
    Defendants.

CIVIL ACTION NO.
17-11675-PBS

**REPORT AND RECOMMENDATION RE:**
**DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND NATIONSTAR LLC'S**
**MOTION TO DISMISS THE COMPLAINT (DOCKET ENTRY # 21); MOTION TO**
**DISMISS OF DEFENDANT MTGLQ INVESTORS, L.P. C/O RUSHMORE LOAN**
**MANAGEMENT SERVICES, LLC (DOCKET ENTRY # 22)**

**July 3, 2018**

**BOWLER, U.S.M.J.**

Pending before this court is a motion to dismiss filed by defendants Countrywide Home Loans Inc. ("CHLI") and Nationstar Mortgage, LLC ("Nationstar") (Docket Entry # 21) as well as a motion to dismiss filed by defendant MTGLQ Investors, LP c/o Rushmore Loan Management Services, LLC ("MTGLQ") (Docket Entry # 22).[1] Plaintiff opposes both motions. (Docket Entry # 25). After a hearing, this court took the motions (Docket Entry ## 21, 22) under advisement.

---

[1] CHLI notes that plaintiff Luis R. Medeiros ("plaintiff") improperly names CHLI as "Countrywide Home Loans, Inc. of Van Nuys, California, A Division of Bank of America, N.A." (Docket Entry # 21).

*[Handwritten annotation:]* 7/26/18 I adopt the report and recommendation after reviewing the plaintiff's response (docket 30). I deny the motion to continue. The action is dismissed. /s/ Patti B. Saris